IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

RAYMOND RODRIGUEZ-MEDINA,        *

        Plaintiff,        *

v.                                 Case No.  1:23-CV-145(WLS)

                           *

JOHN DOE, et al,

                           *

        Defendants.

                           *

## J U D G M E N T

Pursuant to this Court's Order dated February 8, 2024, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 8th day of February, 2024.

                                                David W. Bunt, Clerk

                                                s/ William C. Lawrence, Deputy Clerk